IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JANE DOE C.O. & JANE DOE S.D., <br><br> Plaintiff, <br><br> v. <br><br> UTAH VALLEY UNIVERSITY; DERRICK PICKERING; and JOHN DOES 1-10, <br><br> Defendants. | ORDER OF RECUSAL <br><br><br> Case No. 2:24-CV-669 TS <br><br> District Judge Ted Stewart |

I recuse myself in this case, and ask that the appropriate assignment card equalization be drawn by the clerk's office.

DATED this 12th day of September, 2024.

BY THE COURT:

_____
Ted Stewart
United States District Judge