IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JANE DOE C.O. & JANE DOE S.D.,<br><br>Plaintiff,<br><br>vs.<br><br>UTAH VALLEY UNIVERSITY; DERRICK PICKERING; and JOHN DOES 1-10,<br>Defendant. | ORDER OF RECUSAL<br><br><br>Case No. 2:24cr00669 RJS |

I recuse myself in this case, and ask that the appropriate assignment equalization card be drawn by the clerk's office.

DATED this  20th   day of September, 2024.

BY THE COURT:

_____
Robert J. Shelby
United States District Judge