THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| JANE DOE C.O. and JANE DOE S.D.,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>UTAH VALLEY UNIVERSITY, DERRICK PICKERING, and JOHN DOES 1–10,<br><br>　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Civil No. 2:24-cv-00669-DBB-DBP<br><br>Judge David Barlow |

IT IS ORDERED AND ADJUDGED:

　　Utah Valley University's Motion to Dismiss is granted. Plaintiffs' Title IX claims against Utah Valley University are dismissed with prejudice. All remaining claims are dismissed for lack of jurisdiction. The Clerk of Court is directed to close this case.

　　Signed April 21, 2025.

　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　David Barlow
　　　　　　　　　　　　　　　　　　United States District Judge